HONORABLE RONALD B. LEIGHTON

# ORIGINAL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KATHRYN A ELLIS, et al., | CASE NO. C16-5354 RBL |
| Plaintiffs, | VERDICT FORM |
| v. | |
| LARSON MOTORS INC, et al., | |
| Defendants. | |

We the jury, answer the questions submitted by the Court as follows:

1. Do you find for Gregory Corliss on his sexually hostile work environment claim?

    Yes ✓   No ~~✓~~ (YES)

2. Do you find for Gregory Corliss on his hostile work environment based on religion claim?

    Yes ___   No ✓

3. Do you find for Gregory Corliss on his employment discrimination based on religion claim?

    Yes ___   No ✓

4. Do you find for Gregory Corliss on his retaliation claim based on his filing of an EEOC complaint?

    Yes ✓   No ___

VERDICT FORM - 1

ORIGINAL

5. Do you find for Gregory Corliss on his retaliation claim based on his filing of a workers' compensation claim?

   Yes ~~✓~~   No ✓   ( No )

6. Do you find for Gregory Corliss on his retaliation claim based on the Washington Law Against Discrimination?

   Yes ✓   No ___

*If you answered "Yes" to any of the questions above, proceed to Question 7. If you answered "No" to all of the questions above, sign and date the verdict form and notify the clerk.*

7. What do you find to be the amount of Gregory Corliss's damages?

   $ 500,000

*If you answered "Yes" to questions 1, 2, 3, 4, or 5, proceed to Question 8.*

8. Do you award punitive damages?

   Yes ✓   No ___

   If yes, how much?

   $ 300,000

*Sign and date the verdict form and notify the clerk.*

Dated this 8 day of March, 2018.

_____
Presiding Juror

VERDICT FORM - 2