## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KATHRYN ELLIS, et al,., | JUDGMENT IN A CIVIL CASE |
| Plaintiffs, | CASE NUMBER: C16-5354RBL |
| v. | |
| LARSON MOTORS, INC., et al., | |
| Defendants. | |

__X__ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict as follows:

1) On plaintiff's sexually hostile work environment claim, jury finds for PLAINTIFF;

2) On plaintiff's hostile work environment based on religion, jury finds for DEFENDANT;

3) On plaintiff's employment discrimination based on religion claim, jury finds for DEFENDANT;

4) On plaintiff's retaliation claim based on his filing of an EEOC complaint, jury finds for PLAINTIFF;

5) On plaintiff's retaliation claim based on his filing of a workers' compensation claim, jury finds for DEFENDANT; and

6) On plaintiff's retaliation claim based on Washington Law Against Discrimination, jury finds for PLAINTIFF.

Jury awards damages in the $500,000; plus $300,000.00 for punitive damages.  Therefore, plaintiff Gregory Corliss is hereby awarded judgment against defendant in the total sum of $800,000.00.

| | |
|---|---|
| March 8, 2018 | WILLIAM M. McCOOL |
| | Clerk |
| | *Dara Kaleel* |
| | By Dara L. Kaleel, Deputy Clerk |